**DISMISS; Opinion Filed March 31, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01162-CV

**JOHN SEAY, Appellant**
**V.**
**TERESA ESPARZA, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-04385-E**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Myers

The clerk's record in this case is overdue. By letter dated December 13, 2013, we informed appellant that the County Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if it did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


/ Lana Myers/
LANA  MYERS
JUSTICE


131162F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN SEAY, Appellant

No. 05-13-01162-CV      V.

TERESA ESPARZA, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-04385-E.
Opinion delivered by Justice Myers.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee TERESA ESPARZA recover her costs of this appeal from appellant JOHN SEAY.

Judgment entered this 31st day of March, 2014.

/Lana Myers/
LANA MYERS
JUSTICE